**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| First 100, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:13-cv-00534-GMN-CWH |
| vs. ) | |
| ) | **ORDER** |
| Bank of New York Mellon, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Remand (ECF No. 8) filed by Plaintiff First 100, LLC. On February 27, 2014, the Court conducted a hearing on the motion and granted the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Remand (ECF No. 8) is **GRANTED**. The case shall be remanded to state court.

**DATED** this 4th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court